[No. 26315-1-III. Division Three. March 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE HYDE, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00240-3, Rebecca M. Baker, J., entered July 11, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 27935-9-III. Division Three. March 23, 2010.]

*In the Matter of the Marriage of* STEVEN M. AUBUCHON, *Respondent*, and SHANNON C. AUBUCHON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-01448-7, Linda G. Tompkins, J., entered February 20, 2009. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27950-2-III. Division Three. March 23, 2010.]

SILVER STAR DEVELOPMENT COMPANY, *Appellant*, v. ROBERT E. MANLY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 08-2-00290-1, Richard L. Weber, J. Pro Tem., entered March 5, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[Nos. 37920-1-II; 38743-3-II. Division Two. March 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH RAYMOND GRAMMONT, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00285-4, Kenneth D. Williams, J., entered June 24, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.